UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION (ST. LOUIS)

| | | |
|---|---|---|
| In re: | ) | HONORABLE KATHY A. SURRATT-STATES |
| | ) | |
| JULIE E. WOODY, | ) | Case No. 14-42629 |
| | ) | Chapter 13 Proceeding |
| Debtor. | ) | **FOURTH NOTICE OF** |
| | ) | **DEFAULT UNDER** |
| | ) | **STIPULATION/ORDER** |
| BANK OF WASHINGTON, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| JULIE E. WOODY, | ) | |
| | ) | Steven P. Kuenzel, Esq. |
| Debtor. | ) | Eckelkamp Kuenzel LLP |
| | ) | P. O. Box 228 |
| JOHN V. LABARGE, JR., | ) | Washington, MO 63090 |
| | ) | 636-239-7861 |
| Trustee. | ) | |

Comes now the Bank of Washington and hereby notifies Debtor as follows:

1.	That paragraph 5 of the Consent Order provides that the Debtor will make regular monthly post-petition payments beginning July 27, 2014 in the amount of $599.74.

2.	That Debtor has failed to make the payment due on December 27, 2015, in the amount of $599.74 and the payment due on January 27, 2016, in the amount of $599.74.

3.	That Debtor has failed to pay the real estate taxes for the calendar years of 2013 in the amount of $2,169.67 together with accrued interest and penalties, 2014 in the amount of $1,886.11 together with accrued interest and penalties, and 2015 in the amount of $1,706.94 together with accrued interest and penalties.

1

4. In accordance with this Court's Order, Debtor has ten (10) days within which to cure this breach together with $50.00 attorney fees for the Bank having to file this Right to Cure.

Dated this 29th day of January, 2016.

/s/ Steven P. Kuenzel
Eckelkamp Kuenzel LLP
Missouri Bar No. 25658
Federal Bar No. 35009
E-mail: steve@eckelkampkuenzel.com
200 West Main Street
P. O. Box 228
Washington, MO 63090
(636) 239-7861
(636) 239-1595 (facsimile)
Attorney for Bank of Washington

## CERTIFICATE OF MAILING

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid to those parties below who have requested notice but are not participating in the ECF System, on the date entered on the Court's docket.

/s/ Steven P. Kuenzel

Julie E. Woody
3143 Lackland Ave.
St. Louis, MO 63116-2019
Debtor

Sean C. Paul
8917 Gravois Rd.
St. Louis, MO 63123
Attorney for Debtor

John V. LaBarge, Jr., Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143
Trustee

Office of U. S. Trustee
111 South Tenth Street #6353
St. Louis, MO 63102